AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JIMMY LEE TAYLOR,

Plaintiff,

v.

CCA, and COFFEE CORRECTIONAL FACILITY, INC.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:24-cv-62

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered December 17, 2024, the Court dismisses without prejudice Plaintiff's Complaint for failure to follow this Court's Orders and to prosecute. The Court denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

December 17, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020